United States District Court
Southern District of Texas
**ENTERED**
July 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT MERCADO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:20-CV-70 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, *et. al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 6, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 6) recommending that Plaintiff Robert Mercado's Prisoner's Civil Rights Complaint (Doc. 1) be dismissed without prejudice for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 6). Accordingly, it is:

**ORDERED** that Plaintiff Robert Mercado's Prisoner's Civil Rights Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is requested to close this matter.

SIGNED this 17th day of July, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge